AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JANEEN R. NEWTON,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:25-CV-00326

ST. JOSEPH CANDLER HOSPITAL;
SUSAN J. MAHONY, MD; and
B. COWAN, CFSA,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court entered March 13, 2026, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of this Court. Plaintiff's Complaint is dismissed

based on lack of federal subject-matter jurisdiction and Plaintiff is denied IFP status on appeal.  This

case stands closed.



3/13/2026
Date

John E. Triplett, Clerk of Court
Clerk

*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020